UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| EVELYN CARLTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:15-cv-188 |
| | ) | |
| KARM THRIFT STORES, LLC, | ) | Reeves/Shirley |
| | ) | |
| Defendant. | ) | Jury Demand |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant, acting through their respective counsel of record, hereby stipulate that Plaintiff's action against Defendant in this case is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party to bear its own attorneys' fees.

Respectfully submitted this 12th day of July, 2016.

/s Richard Everett Collins by JDP w/perm.
Richard Everett Collins, Esq., BPR #24368
Collins & Doolan, PLLC
422 S. Gay St., Suite 301
Knoxville, TN 37902
(865) 247-0434 (phone)
richard@collinsdoolan.com

Attorneys for Plaintiff

/s Jerome D. Pinn
Jerome D. Pinn, BPR #17848
Rebecca B. Murray, BPR #11622
Wimberly Lawson Wright Daves
 & Jones, PLLC
550 Main Avenue, Suite 900
P.O. Box 2231
Knoxville, TN 37901-2231
(865) 546-1000 (phone)
(865) 546-1001 (fax)
jpinn@wimberlylawson.com
rmurray@wimberlylawson.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2016, a copy of the foregoing document has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Jerome D. Pinn